JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Dennis Tucker and Bernardine Tucker, h/w

## DEFENDANTS
O.A, Newton and Salina Vortex Corporation d/b/a Vortex and/or Vortex Valves North America and Imerys Pigments,

**(b)** County of Residence of First Listed Plaintiff: **Northampton**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Galfand Berger, LLP, 1835 Market St., Suite 2710, Philadelphia, PA 19103; (215) 665-1600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|                                       | PTF | DEF |                                                                       | PTF | DEF |
|---------------------------------------|-----|-----|-----------------------------------------------------------------------|-----|-----|
| Citizen of This State                 | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State             | ☐ 4 | ☐ 4 |
| Citizen of Another State              | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State         | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                                      | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C 1332 and 28 U.S.C. 1446

Brief description of cause:
Negl. and strict liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 7/5/11
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1544 Acerkmanville Rd., Bangor, PA 18013

Address of Defendant: 16356 Sussex Highway, Bridgeville, DE 19933

Place of Accident, Incident or Transaction: Harvel Plastics, Easton, PA
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐ No☒

Does this case involve multidistrict litigation possibilities?  Yes☐ No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?  Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

ARBITRATION CERTIFICATION
(Check Appropriate Category)
I, Thomas F. Reilly, counsel of record do hereby certify:
☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: 7/5/11  _____ Attorney-at-Law  25766 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 7/5/11  _____ Attorney-at-Law  25766 Attorney I.D.#

CIV. 609 (6/08)

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: ~~1544 Acerkmanville Rd., Bangor, PA 18013~~

Address of Defendant: 16356 Sussex Highway, Bridgeville, DE 19933

Place of Accident, Incident or Transaction: Harvel Plastics, Easton, PA
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐  No☒

Does this case involve multidistrict litigation possibilities?  Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?  Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Thomas F. Reilly, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 7/5/11    _____ Attorney-at-Law    25766 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 7/5/11   _____ Attorney-at-Law    25766 Attorney I.D.#

CIV. 609 (6/08)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Dennis Tucker and<br>Bernardine Tucker, h/w<br>       v.<br>O.A Newton<br>ET AL. | : <br> : <br> : <br> : <br> : | CIVIL ACTION<br><br><br>NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                               ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                     ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.         ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                              ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                                 ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                    (x )


| 7/5/2011 | Thomas F. Reilly | Defendant |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 972-5417 | (215) 972-7008 | treilly@chartwelllaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Dennis Tucker and
Bernardine Tucker, h/w

V.

O.A. Newton,
Et Al.

Civil Action
No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, O A Newton, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

7/5/11                              [signature]
Date                                Signature

Counsel for:   Defendant, O A Newton

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS TUCKER *and* <br> BERNARDINE TUCKER, h/w <br> <br> vs. <br> <br> O.A. NEWTON; <br> SALINA VORTEX CORPORATION d/b/a <br> VORTEX and/or VORTEX VALVES <br> NORTH AMERICA; *and* <br> IMERYS PIGMENTS, INC. d/b/a <br> IMERYS; | CIVIL ACTION <br> No.: <br> <br> <br> *Previously* <br> COURT OF COMMON PLEAS <br> NORTHAMPTON COUNTY <br> <br> NO. C-48-CV-2011-4839 |

**NOTICE OF REMOVAL**

Defendant, O.A. Newton ("Removing Defendant"), hereby files a Notice of Removal of the within action from the Northampton County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania, and avers as follows:

1. The present action was commenced by the filing of a Complaint in the Court of Common Pleas of Northampton County, PA, on or about May 26, 2011, with the caption and docket number of <u>Dennis Tucker and Bernardine Tucker v. O.A. Newton, et al.</u>, No. C-48-CV-2011-4839. <u>See</u> Plaintiffs' Complaint attached as Exhibit A.

2. The Complaint alleges negligence, strict liability, breach of warranty and loss of consortium against all Defendants for Plaintiff-husband's alleged injuries sustained purportedly as a result of an incident whereby Plaintiff-husband attempted to un-jam a machine that was allegedly manufactured, sold and distributed by all Defendants. <u>See</u> Plaintiff's Complaint attached as Exhibit A.

3. According to the Complaint, Plaintiffs are citizens and residents of the Commonwealth of Pennsylvania with an address at 1544 Achermanville Road, Bangor, PA 18013.

4. Removing Defendant, O.A. Newton is a corporation organized and existing under the laws of the state of Delaware with a principal place of business at 16356 Sussex Highway, Bridgeville, Delaware 19933.

5. The Complaint was served on Removing Defendant by certified mail dated June 3, 2011. See Exhibit B.

6. Defendant, Salina Vortex Corporation is a corporation organized and existing under the laws of the state of Kansas with a principal place of business at 1725 Vortex Avenue, Salina, Kansas 67401.

7. Per communications with John O'Rourke, Esquire, Plaintiffs effectuated service[1] of Defendant, Salina Vortex Corporation. Defendant, Salina Vortex Corporation consents to this Notice of Remova. See Exhibit C.

8. Defendant, Imerys Pigments, Inc. is a corporation organized and existing under the laws of the state of Georgia with a principal place of business at 100 Mansell Court E, Suite 300, Roswell, Georgia. Per the attached letter from counsel for Imerys Pigments, Inc., that entity consents to this Notice of Removal. See Exhibit D.

9. Plaintiffs make a claim for damages as a result of personal injuries, including pain and suffering, mental anguish, emotional distress, medical expenses,

---

[1] Curiously, undersigned counsel was informed by Plaintiffs' counsel that Defendant, Salina Vortex Corporation has not yet been served with Plaintiffs' Complaint and that the Complaint is in the process of being reinstated for service upon same. If service has not been effectuated upon Defendant, Salina Vortex Corporation to date, then that defendant does not need to consent to this Notice of Removal. See Balazik v. County of Dauphin, 44 F.3d 209 (3d Cir. 1995); Lewis v. Rego Co., 757 F.2d 66 (3d Cir. 1985). Nonetheless, based upon the communication from Mr. O'Rourke, Defendant, Salina Vortex Corporation has consented to the removal.

financial losses, interests and costs for an amount in excess of the arbitration limits of the Northampton County Court of Common Pleas. Based upon the above allegations, including counts of negligence, strict liability, breach of warranty and loss of consortium against each Defendant, Removing Defendant submits that Plaintiffs are making a claim for damages in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

10. The Federal District Court for the Eastern District of Pennsylvania has jurisdiction over the above described action pursuant to 28 U.S.C. § 1332(a)(1) because complete diversity of citizenship exists between Plaintiffs and all Defendants and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

11. Removing Defendant files this Notice of Removal within the time for removal set forth in 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of service upon Removing Defendant of Plaintiff's Complaint, per the certified mail service letter sent via correspondence to Removing Defendant dated June 3, 2011. See Exhibit B.

12. A true and correct copy of this Notice of Removal will be filed with the Prothonotary of the Northampton County Court of Common Pleas, as provided by 28 U.S.C. § 1446(d).

13. Removal of the present action is appropriate pursuant to 28 U.S.C. § 1441, which provides in relevant in part:

> (a) Except as otherwise directly provided by an Act of congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court for the United States for district and division embracing the place where such action is pending.

14. All served Defendants not party to this Notice of Removal consent. <u>See</u> Exhibit C for consent of Salina Vortex Corporation and Exhibit D for consent of Imerys Pigments, Inc.

15. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon the noticing party of this action are made a part hereof. A copy of Plaintiffs' Complaint as filed in the Northampton County Court of Common pleas is attached as Exhibit "A."

WHEREFORE, Defendant, O.A. Newton respectfully requests that this Honorable Court enter an Order removing the above captioned civil action filed in the Northampton County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

Respectfully Submitted,

By: _____
THOMAS REILLY, ESQUIRE
Attorney for Defendant, O.A. Newton
Attorney Identification No.: 25766
The Chartwell Law Offices, LLP
Mellon Bank Center, 29th Floor
1735 Market Street
Philadelphia, PA 19103
(215)-972-5417

## VERIFICATION

I, Thomas Reilly, counsel for Defendant, O.A. Newton make this verification and state that the averments contained in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

By: _____
THOMAS REILLY, ESQUIRE

## CERTIFICATE OF SERVICE

I hereby certify that I am on this day serving the foregoing document upon the persons and in the manner indicated below which service satisfies the requirements of the Rules of Civil Procedure.

Service by First Class Mail addressed as follows:

Richard M. Jurewicz., Esquire
Galfand Berger, LLP
1835 Market Street, Suite 2710
Philadelphia, PA 19103

Paul Leary, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

John O'Rourke, Esquire
McTighe, Weiss & O'Rourke, P.C.
11 East Airy Street
Norristown, PA 19401

THE CHARTWELL LAW OFFICES, LLP

By: _____
THOMAS REILLY, ESQUIRE