UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS TUCKER and** | :      **CIVIL DIVISION** |
| **BERNARDINE TUCKER, h/w** | : |
|          **Plaintiffs,** | :      **NO. 5:11-cv-04320** |
| | : |
| **O.A. NEWTON** | :      **ASSESSMENT OF DAMAGES** |
|     **and** | :      **HEARING IS REQUIRED** |
| **SALINA VORTEX CORPORATION d/b/a** | : |
| **VORTEX and/or VORTEX VALVES** | : |
| **NORTH AMERICA** | :      **JURY TRIAL DEMANDED** |
|     **and** | : |
| **ECCA CALCIUM PRODUCTS, INC.** | : |
|          **Defendants.** | : |

FILED

AUG 2 6 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**O R D E R**

AND NOW this 26Th day of August, 2013, following two Settlement Conferences held

with this Court on June 12, 2013 and August 9, 2013 and the submission of case materials by the

respective parties, the case has been settled for the total amount of $270,000.00 with the Court

allocating $245,000.00 for the claims filed by Plaintiff Dennis Tucker and $25,000.00 for

Plaintiff Bernardine Tucker's loss of consortium claim.

_____
U.S.D.C. J.